UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:16-cr- 39 |
| v. | ) | |
| | ) | Judge McDonough/Lee |
| KAREN CHAMBERLAIN | ) | |

## INFORMATION

The United States Attorney charges at all times relevant to this Information:

### COUNT ONE

In or about January 2012, in the Eastern District of Tennessee and elsewhere, the defendant, KAREN CHAMBERLAIN, aided and abetted by others, received in interstate commerce a quantity of the prescription drug marketed in the United States as Taxotere, imported from the United Kingdom to Chattanooga, Tennessee, which was misbranded within the meaning of Title 21, United States Code, Section 352(o), in that the drug was manufactured, prepared, propagated, compounded, and processed in an establishment not duly registered with the FDA, and that the drug came from a foreign drug establishment and that drug was not annually listed with the FDA by that establishment as one of the drugs which was being manufactured for commercial distribution in the United States at that drug establishment, and delivered or proffered delivery thereof for pay or otherwise.

1

All in violation of 21 U.S.C. §§ 331(c), 333(a)(1) and 18 U.S.C. § 2.

APPROVED:

          NANCY STALLARD HARR
          ACTING UNITED STATES ATTORNEY

By: _____
    Perry H. Piper,
    Assistant U.S. Attorney

2