**JUDGMENT:** Case No. 1:16-CR-39    USA v. Karen Chamberlain

**PRESENT:** Honorable Christopher H. Steger    ☐ U.S. District Judge  OR  ☑ U.S. Magistrate Judge

| Perry Piper | Richard Rose | Mary Ann Zwicknagel |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Kelli Jones | Shannan Andrews | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ SWORN |

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☐ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
upward departure: ☐ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☐ Deft speaks  OR  ☐ Deft declines to speak    Document(s) _____ ☐ unsealed ☐ remain sealed

**TESTIMONY BY:** Defendant sworn.

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** _____ MONTHS on COUNT(s) _____

**SUPERVISED RELEASE/PROBATION:** 2 YEARS on COUNT(s) 1

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☐ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☐ participate in collection of DNA
☐ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☑ pay any financial penalty due
☑ provide Probation Office w/access to any required financial info
☑ not incur new credit charges or open additional lines of credit
☑ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:**

$4,019.62 payable to Medicare.

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** $250.00 OR ☐ Waived    **SPECIAL ASSESSMENT:** $25.00    ☑ Payment due immediately  ☐ Interest waived

☐ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☐ remained in custody  ☑ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:30 to 2:55    Date: 11/9/16